

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

D. Clay Holcomb et al.,           * From the 118th District Court
of Martin County
Trial Court No. 6905.

Vs. No. 11-16-00215-CV         * August 3, 2017

Endeavor Energy Resources, L.P.,     * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.